UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

            Plaintiffs,

- v. -

DIALLO VIRTUECUNNINGHAM and
WESAM HAMWI,

           Defendants.
------------------------------------------------------------x

ORDER

14-cv-06970 (NG)

**GERSHON, United States District Judge:**

The court adopts the unopposed Report and Recommendation of the Honorable Robert M. Levy, magistrate judge, dated November 20, 2015, regarding defendant Wesam Hamwi's motion for a default judgment. The Report and Recommendation thoroughly explains and ably resolves any issues raised by the motion.

As recommended by Judge Levy, Hamwi's motion is granted, and the Clerk of Court is directed to enter a default judgment against defendant Virtuecunningham and in favor of defendant Hamwi and to close this case.

SO ORDERED.

s/Nina Gershon
_____
NINA GERSHON
United States District Judge

Dated: December 18, 2015
Brooklyn, New York